| | |
|---|---|
| **From:** | Christopher Wollan <cwollan@paradigminvest.com> |
| **To:** | Turner, Brandon; Don Wollan |
| **Cc:** | Fullen, Chris |
| **Subject:** | RE: [External Sender] Unit economics |
| **Date:** | Wednesday, April 27, 2022 12:05:34 PM |

**Exhibit 26**

Friday after 2:30 CT would be great. How about 3 CT

Christopher N. Wollan
In-House Counsel | Director of HR
office: (951) 893-1030 | mobile: (909) 262-4588 | fax: (888) 306-8635 | cwollan@paradigminvest.com

This message and any attached documents may contain information that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

-----Original Message-----
From: Turner, Brandon <bturner@ckr.com>
Sent: Wednesday, April 27, 2022 10:04 AM
To: Don Wollan <donwollan@gmail.com>; Christopher Wollan <cwollan@paradigminvest.com>
Cc: Fullen, Chris <CFullen@ckr.com>
Subject: RE: [External Sender] Unit economics

WARNING: The sender of this email could not be validated and may not match the person in the ""From"" field. This may be a phishing attempt.

I most definitely have time for Christopher. I can chat Friday after 2:30 CT. Most any time this Sunday. Tuesday 2-3 CT or after 5pm. Wednesday before 9am or after 5pm. More options available and have copied Chris Fullen to help coordinate with your schedule, Christopher.

I think your observations and analysis will be very insightful!

Cheers, jbt

-----Original Message-----
From: Don Wollan <donwollan@gmail.com>
Sent: Wednesday, April 27, 2022 11:12 AM
To: Turner, Brandon <bturner@ckr.com>; Wollan, Christopher @ HFS-F <cwollan@paradigminvest.com>
Subject: [External Sender] Unit economics

This is an EXTERNAL EMAIL. Stop and think before clicking a link, opening attachments, or responding.

Hi Brandon,
Ned asked me to coordinate with you so we can share the unit economics of the stores we have on modified hours.

Christopher has been instrumental in identifying and crafting our strategy to deal with the market realities of scarce labor and inflationary pressures.

We believe the adjustments we have made may offer clues…. to the development of a "sustainable" Hardee's model.

The current model at AUV's under 1.2 will not support average wages which will likely exceed $15 an hour in the not to distant future.

Might you have time to connect with Christopher so we can begin to share our data and thoughts.

Thx
Don

This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this e-mail in error, please contact the sender and delete the material from your computer. Please note that any view or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of CKE Restaurants Holdings, Inc. ("CKE") and/or its subsidiaries. Finally, the recipient should check this e-mail and any attachments for the presence of viruses. CKE accepts no liability for any damage caused by any virus transmitted by this e-mail.