# Balanced Scorecard

**Hardee's**

**Fiscal Period:** P12 2025
**Corporate, Franchise:** Franchise
**Division:** All
**Region:** All
**Team:** All
**DMA:** All
**Group, Franchise Hierarchy:** All
**Unit:** All
**Rank By:** Group - BSC Ranking
**Group Size:** More than 25 Units

## BSC System Ranking Table

| Group - BSC Ranking | Overall BSC | Drive-Thru Breakfast | Drive-Thru Lunch | Drive-Thru Dinner | Quality Assurance | Net Sentiment | Same Store Sales | Same Store Transactions |
|---|---|---|---|---|---|---|---|---|
| JOHN MCGINNIS GROUP | 3.43 | 2.73 | 1.73 | 2.03 | 3.67 | 4.10 | 3.66 | 4.17 |
| NICK & ANNE SHURGOT | 3.35 | 3.54 | 2.12 | 2.46 | 3.50 | 3.97 | 3.52 | 3.06 |
| PARADIGM | 3.28 | 4.33 | 2.00 | 3.02 | 3.42 | 3.73 | 2.91 | 2.95 |
| DIAMOND GROUP | 3.23 | 2.48 | 1.46 | 1.33 | 3.80 | 4.68 | 2.64 | 3.24 |
| CORPORATE NASHVILLE | 3.23 | 3.04 | 2.00 | 1.81 | 3.30 | 4.57 | 2.96 | 2.74 |
| FRANK HEATH | 3.11 | 2.62 | 1.92 | 1.69 | 3.00 | 3.72 | 3.39 | 3.22 |
| BRIAN BERGERON | 3.09 | 1.75 | 1.32 | 1.29 | 3.29 | 3.71 | 3.71 | 3.74 |
| FAROOQ SHAH GROUP | 3.06 | 1.95 | 1.71 | 1.86 | 2.75 | 4.35 | 3.25 | 2.96 |
| NORTHLAND MANAGEMENT | 3.05 | 2.10 | 2.08 | 1.78 | 3.46 | 3.83 | 2.54 | 2.86 |
| NEW BEGINNINGS RESTAURANT GROUP, LLC | 3.00 | 1.33 | 1.13 | 1.04 | 3.29 | 4.46 | 3.79 | 3.00 |
| CAPSTONE RESTAURANT GROUP | 2.85 | 2.99 | 2.24 | 2.45 | 3.18 | 3.24 | 2.44 | 2.75 |
| CORPORATE GSA | 2.82 | 2.27 | 1.54 | 1.79 | 4.00 | 3.04 | 3.13 | 3.04 |
| TOM LOVE | 2.79 | 2.16 | 2.52 | 2.84 | 3.26 | 3.27 | 2.55 | 2.39 |
| JACK KEMP | 2.74 | 2.47 | 1.42 | 1.72 | 3.32 | 3.81 | 2.78 | 2.07 |
| BNE GROUP | 2.69 | 2.52 | 1.53 | 2.05 | 3.12 | 2.99 | 2.43 | 3.13 |
| CORPORATE KNOXVILLE | 2.63 | 2.73 | 1.50 | 1.73 | 3.46 | 3.00 | 2.42 | 2.73 |
| SUPERIOR STAR | 2.62 | 1.59 | 1.39 | 1.36 | 3.32 | 3.29 | 2.63 | 2.98 |
| CORPORATE CAROLINAS | 2.58 | 1.74 | 1.30 | 1.33 | 3.28 | 2.91 | 3.09 | 3.16 |
| J & S RESTAURANTS, INC. | 2.57 | 1.83 | 1.36 | 1.06 | 3.39 | 3.69 | 2.86 | 3.00 |
| ARC BURGER | 2.51 | 1.52 | 1.32 | 1.23 | 3.01 | 2.82 | 2.92 | 3.15 |
| FRANK WESTERMAJER GROUP | 2.20 | 2.13 | 1.73 | 1.40 | 3.20 | 3.03 | 1.37 | 1.53 |

Case 3:25-cv-00419     Document 1-28     Filed 04/14/25     Page 1 of 1 PageID #: 1820

Exhibit 28